[Nos. 35544-2-II; 35546-9-II. Division Two. March 25, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS JAMES McCABE, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNIE LEWES THOMAS, *Appellant*.

Appeals from a judgment of the Superior Court for Thurston County, No. 06-1-01529-4, Richard A. Strophy, J., entered November 9, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, A.C.J., and Penoyar, J.

[No. 35581-7-II. Division Two. March 25, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL DOUGLAS PRICE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-04366-2, Kathryn J. Nelson, J., entered November 3, 2006. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton, C.J., and Armstrong, J.

[No. 35582-5-II. Division Two. March 25, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ALBERTO CARBONAL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-02350-3, Brian M. Tollefson, J., entered November 9, 2006. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Quinn-Brintnall, J.